JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LYNN LAMPLEY,<br>　　　　Petitioner,<br>　　v.<br>MARCUS POLLARD,<br>　　　　Respondent. | Case No. 2:21-cv-08126-SB-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 11, 2023

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE